51  605
77  497

GEORGE MARX AND JAMES CAHALON, EXECUTORS FOR WILLIAM QUIN v. ANTOINE LABADIE, EXECUTOR FOR ALEXANDER H. WOODRUFF.

*Replevin for impounded cattle.*

Comp. L. ch. 214 permitting replevin to be brought for distrained cattle is meant to provide an action wherein the legality of a distress of stray cattle may be tested.

The sums allowed per head for cattle distrained (Comp. L. § 6768) are

penalties within the meaning of Comp. L. § 6784 which allows the owner of beasts "impounded in order to recover a penalty" to bring replevin for them.

Error to Wayne. (Jennison, J.) Oct. 17.—Oct. 24.

REPLEVIN. Defendant brings error. Reversed.

*Stewart & Galloway* for appellant.

*Chas. R. Ford* and *Sylvester Larned* for appellee.

SHERWOOD, J. This case was before this Court on error at the last April term. See 50 Mich. 361. It was then decided the case should have been dismissed in the court below. This course has not been taken. A second trial has been had with substantially the same result as in the first, and the proceedings are now before us for review.

The circuit judge has evidently misinterpreted the statute, as well as the scope of the opinion filed by Mr. Justice Cooley in this case on the former hearing. Chapter 214 of the Compiled Laws was intended to provide an action in which may be tried the legality of the distress made for either of the causes mentioned in the statute. The sums required to be paid by the owner of beasts distrained, mentioned in section 2 of said chapter, are in the nature of a penalty, and this brings the case clearly within section eighteen.*

We are unable to discover that the second trial has made any difference in the legal status of the case, and it must abide the former rulings of this Court. It is unnecessary to consider the case further.

---

*(6768) SEC. 2. The person so taking up and distraining the same shall be entitled to fifty cents per head for all horses, mules, asses and neat cattle, and ten cents per head for all sheep, goats and swine so distrained by him; and the poundkeeper shall be entitled to four cents per head for all the said animals so impounded.

(6784) SEC. 18. Any person whose beasts are distrained or impounded, in order to recover any penalty or forfeiture supposed to have been incurred by their going at large, or to obtain satisfaction for any damages alleged to have been done by them, may have a writ of replevin therefor out of the proper court, and the same proceedings shall be had thereon as in other cases of replevin, except as hereinafter provided.

The judgment must be reversed with costs and a new trial granted.

The other Justices concurred.